NOTE CHANGES BY THE COURT

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLTON BRYANT,<br><br>Plaintiff,<br><br>vs.<br><br>EUROSTAR, INC. D/B/A WAREHOUSE SHOE SALE #8; ROBERT M HUBERT, AS TRUSTEE OF THE ROBERT AND SIDEL HUBERT TRUST; and DOES 1 to 10,<br><br>Defendants. | **Case No.: 2:20-cv-04542 RGK (MAAx)**<br>Assigned to Hon. R. Gary Klausner<br><br>**[PROPOSED] ORDER GRANTING DISMISSAL OF THE ENTIRE ACTION** |

1  Based on the request from Plaintiff and for good cause shown:

3  IT IS HEREBY ORDERED that the entire action be dismissed without

5  prejudice ~~with the Court to retain jurisdiction up until March 24, 2021~~.

7  SO ORDERED.

9  DATED:  January 28, 2021         *Jay Klausner* _____
                                    United States District Court Judge